IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PATRICK C. MCCARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:20CV1050 |
| ) | |
| THE UNIVERITY OF NORTH ) | |
| CAROLINA AT CHAPEL HILL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the Plaintiff's Motion for Extension of Time to File Motions in Limine, Pre-Trial Briefs, and Proposed Jury Instructions. (ECF No. 92).

Based on the representations to the Court and for good cause shown,

**IT IS HEREBY ORDERED** that the motion is **DENIED**.

This, the 11th day of March 2024.

/s/ Loretta C. Biggs
United States District Judge